## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAHN-LUCAS-LANCASTER, INC., : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 20-4549 |
| : | |
| HARTFORD FIRE INSURANCE : | |
| COMPANY, et al., : | |
|     Defendants. : | |

### ORDER

**AND NOW**, this 4th day of December 2020, it is **ORDERED** that Defendant Hartford Fire Insurance Company's Motion to Dismiss Plaintiff's Complaint (ECF No. 13) is **DENIED** as moot because Plaintiff has filed an Amended Complaint.

                                                  __s/ANITA B. BRODY, J.____
                                                    ANITA B. BRODY, J.

Copies Sent VIA ECF